## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

vs.                                         **VIOLATION NOS.:**

**SKITCH R. DAVIS,**                        F2892047 (NF12)
**HARLAN N. HARLOW,**                       F2892048, 2049 & 2050 (NF12)
**JUSTIN W. HARLOW,**                       F2892046 (NF12)
**DAVID L. NORTON, SR.,**                   F2892045 (NF12)

**Defendants.**

_____/

## O R D E R

On October 7, 2005, each Defendant appeared in this court and entered a

Not Guilty Plea. Counsel has been appointed for each Defendant. In the event any

of the above listed Defendants wishes to enter a Guilty Plea, they shall do so by

appearing before the undersigned on Friday, November 4, 2005, at 10:00 A.M., or

may schedule a Guilty Plea on another date with my Judicial Assistant (521-3621).

These cases are consolidated for trial and trial is hereby scheduled for

**Monday, December 12, 2005, beginning at 2:00 P.M.**

**DONE AND ORDERED** on November 3, 2005.

S/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**